**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYELL WEALTH MANAGEMENT, LLC, LYELL WEALTH MANAGEMENT, LP, KEVIN CONNELL, NANCY TUCK, JEFFREY BERRY, and MATTHEW BENNITT,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, BNY MELLON, BNY WEALTH MANAGEMENT, BANK OF NEW YORK MELLON, N.A., ATHERTON LANE ADVISORS, LLC, PERRY OLSON, GARY PATTERSON, and DOES 1–25,<br><br>       Defendants.<br>                                                              / | No. C 16-05425 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated:   December 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28