IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYELL WEALTH MANAGEMENT, LLC, LYELL WEALTH MANAGEMENT, LP, KEVIN CONNELL, NANCY TUCK, JEFFREY BERRY, and MATTHEW BENNITT,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, BNY MELLON, BNY WEALTH MANAGEMENT, BANK OF NEW YORK MELLON, N.A., ATHERTON LANE ADVISORS, LLC, PERRY OLSON, GARY PATTERSON, and DOES 1–25,<br><br>     Defendants.<br> | No. C 16-05425 WHA<br><br>**ORDER STAYING CASE** |

For the reasons stated at the hearing, the case is **STAYED** in all respects. A case management conference is scheduled for **JUNE 22, 2017, AT 11:00 P.M.** The parties shall please file a joint status report detailing the progress of the other two cases by **MARCH 23 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE