IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYELL WEALTH MANAGEMENT, LLC, LYELL WEALTH MANAGEMENT, LP, KEVIN CONNELL, NANCY TUCK, JEFFREY BERRY, and MATTHEW BENNITT,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, BNY MELLON, BNY WEALTH MANAGEMENT, BANK OF NEW YORK MELLON, N.A., ATHERTON LANE ADVISORS, LLC, PERRY OLSON, GARY PATTERSON, and DOES 1–25,<br><br>    Defendants. | No. C 16-05425 WHA<br><br>**ORDER MAINTAINING STAY** |

An order stayed this action pending resolution of related litigation in several other forums (Dkt. No. 71). The parties filed a joint status report detailing the progress of the related actions (Dkt. No. 74). The stay shall remain in place for now. The parties shall please file a joint case management statement that details further progress no later than **SEVEN CALENDAR DAYS** before the case management conference scheduled for **JUNE 22**.

**IT IS SO ORDERED.**

Dated: March 27, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE